Dear Justice Chapman,

Please DENY attached fraudulent bankruptcy filing 20-11207-scc from Denis Obrien and Digicel Group.

Denis Obrien is failing to disclose to Justice Chapman, SEC, DOJ and SDNY.

Denis Obrien is currently a defendant facing charges of bribery and corruption before Irish High Court Justice Teresa Pilkington in case 2001-9223.

And Justice Pilkingtons most recent order is for a "speedy" public accounting of Denis Obriens 99% stake in Digicel Group which is the subject of bankruptcy filing 20-11207-scc.

I have direct knowledge Denis Obrien Sr and Jr connitted financial fraud and founded Digicel Group with laundered bribery profits.

Please block Denis Obrien and Digicel Groups bankruptcy filing 20-11207-scc which violates US anti bribery, anti corruption and full disclosure laws.

By failing to disclose to Justice Chapman, SEC & DOJ that Justice Teresa Pilkingtons most recent order in bribery and corruption case [2001-9223](#) before the Irish High Court.

Attached is US Congressional Witness Don Macallisters DOJ criminal complaint and SEC Whistleblower Complaint filed against Denis Obrien and Digicel Group 05/28/2020.

Please confirm receipt of this email. If you have any questions please reply to this email or call me at [310.924.1303](#).

Thank you,
Don Macallister
Former Foster Child
US Congressional Witness
US Congressional Tribute Recipient

Recipient of personal commendation from former SEC Chairman Chris Cox