| OMB APPROVAL |
|---|
| OMB Number: ...... 3235 0686 |
| Expires:    March 31, 2021 |
| Estimated average burden hours per response   1 |

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

## FORM TCR
## TIP, COMPLAINT OR REFERRAL

### A. INFORMATION ABOUT YOU

**COMPLAINANT 1:**

1. Last Name: MacAllister   First: Donald   M.I.: I
2. Street Address: 2618 San Miguel Drive   Apartment/Unit #:
   City: Newport Beach   State/Province: Ca   ZIP/Postal Code: 92660   Country: USA
3. Telephone: 310-924-1303   Alt. Phone:   E-mail Address: donmacallister8@gmail.com
4. Occupation: Self employed   Preferred method of communication:

**COMPLAINANT 2:**

1. Last Name: OBrien   First: Denis   M.I.:
2. Street Address: 21 Belmonte   Apartment/Unit #:
   City: Dublin   State/Province: Ireland   ZIP/Postal Code: 00004   Country: Ireland
3. Telephone: 353-432-5911   Alt. Phone:   E-mail Address: dobrien@communicorp.ie
4. Occupation:   Preferred method of communication:

### B. ATTORNEY'S INFORMATION (If Applicable - See Instructions)

1. Attorney's Name:
2. Firm Name:
3. Street Address:
   City:   State/Province:   ZIP/Postal Code:   Country:
4. Telephone:   Fax:   E-mail Address:

SEC 2850 (8/11)

## C. TELL US ABOUT THE INDIVIDUAL OR ENTITY YOU HAVE A COMPLAINT AGAINST

**INDIVIDUAL/ENTITY 1:**

1. Type: ☑ Individual ☑ Entity

If an individual, specify profession: Company owner
If an entity, specify type: Corporation

2. Name: Denis OBrien

3. Street Address: 21 Belmonte

Apartment/Unit #:

City: Dublin
State/Province: Ireland
ZIP/Postal Code: 00004
Country: Ireland

4. Phone: 353-432-5911
E-mail Address: dobrien@communicorp.ie
Internet Address:

**INDIVIDUAL/ENTITY 2:**

1. Type: ☐ Individual ☐ Entity

If an individual, specify profession:
If an entity, specify type:

2. Name:

3. Street Address:

Apartment/Unit #:

City:
State/Province:
ZIP/Postal Code:
Country:

4. Phone:
E-mail Address:
Internet Address:

## D. TELL US ABOUT YOUR COMPLAINT

1. Occurrence Date (mm/dd/yyyy): 05/15/20
2. Nature of complaint: Financial Fraud

3a. Has the complainant or counsel had any prior communication(s) with the SEC concerning this matter?    YES ☐   NO ☑

3b. If the answer to 3a is "Yes," name of SEC staff member with whom the complainant or counsel communicated

4a. Has the complainant or counsel provided the information to any other agency or organization, or has any other agency or organization requested the information or related information from you?    YES ☑   NO ☐

4b. If the answer to 4a is "Yes," please provide details. Use additional sheets if necessary.

Same complaint filed with Justice Shelley C. Chapman of the SDNY regarding bankruptcy filing 20-11207-scc.

4c. Name and contact information for point of contact at agency or organization, if known

**5a.** Does this complaint relate to an entity of which the complainant is or was an officer, director, counsel, employee, consultant or contractor?
YES ☐   NO ☑

**5b.** If the answer to question 5a is "Yes," has the complainant reported this violation to his or her supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism at the entity for reporting violations?   YES ☐   NO ☐

**5c.** If the answer to question 5b is "Yes," please provide details. Use additional sheets if necessary.

**5d.** Date on which the complainant took the action(s) described in question 5b (mm/dd/yyyy):   /   /

**6a.** Has the complainant taken any other action regarding your complaint?   YES ☑   NO ☐

Threatened to sue me and or Take my life "if I persist"

**6b.** If the answer to question 6a is "Yes," please provide details. Use additional sheets if necessary.

Self explanatory

**7a.** Does your complaint relate to a residential mortgage-backed security?   YES ☐   NO ☑

**7b.** Type of security or investment, if relevant

Digicel Group, a Bermuda corporation

**7c.** Name of issuer or security, if relevant

**7d.** Security/Ticker Symbol or CUSIP no.

**8.** State in detail all facts pertinent to the alleged violation. Explain why the complainant believes the acts described constitute a violation of the federal securities laws. Use additional sheets if necessary.

I believe Denis Obrien has filed a Fraudulent, False and Misleading Bankruptcy filing 20-20711-scc, by Failing to 'fully and accurately disclose' to Justice Chapman Denis Obrien is a defendant to charges of ~~bribing~~ Bribery and corruption ~~~~ before Justice Pilkington in Irish High Court case 2001-9223.

**9.** Describe all supporting materials in the complainant's possession and the availability and location of any additional supporting materials not in complainant's possession. Use additional sheets, if necessary.

Denis Obrien Filed Fraudulent bankruptcy application 20-20711-scc on 05/15/2020 to Justice Shelley C. Chapman and failed to disclose Denis Obrien is on trial for Bribery before Justice Teresa Pilkington in Irish High Court case - 2001-9223.

10. Describe how and from whom the complainant obtained the information that supports this claim. If any information was obtained from an attorney or in a communication where an attorney was present, identify such information with as much particularity as possible. In addition, if any information was obtained from a public source, identify the source with as much particularity as possible. Attach additional sheets if necessary.

Complainant obtained a copy of Fraudulent bankruptcy Filing from Denis Obriens bankruptcy Liquidators KPMG.

11. Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity and explain the basis for your belief that your identity would be revealed if the documents were disclosed to a third party.

Bankruptcy Filing 20-20711-scc.

Irish High Court Justice Teresa Pilkingtons most recent order for a "speedy" public accounting of status of Denis Obriens 99% stake in Digicel, which is NOT disclosed in bankruptcy filing 20-20711-scc to SDNY Justice Shelley. C. Chapman.

12. Provide any additional information you think may be relevant.

Denis Obrien is on Trial for bribery and corruption before Irish High Court Justice Teresa Pilkington in case 2001-9223, and Denis Obrien is attempting to withold this material information from SDNY Justice Shelley. C. Chapman.

### E. ELIGIBILITY REQUIREMENTS AND OTHER INFORMATION

1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice, the Securities and Exchange Commission, the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?
YES ☐   NO ☑

2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. §78c(a)(52))?
YES ☐   NO ☑

3. Did you acquire the information being provided to us through the performance of an engagement required under the federal securities laws by an independent public accountant?
YES ☐   NO ☑

4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?
YES ☐   NO ☑

5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?
YES ☐   NO ☑

6. Did you acquire the information being provided to us from any person described in questions 1 through 5?
YES ☐   NO ☑

7. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC, (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by the Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?
YES ☐   NO ☑

8. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?
YES ☐   NO ☑

9. If you answered "yes" to any of the questions 1 through 8, use this space to provide additional details relating to your responses. Use additional sheets if necessary.

### F. WHISTLEBLOWER'S DECLARATION

I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

Print name: Don Mac Allister

Signature: [signed David Ma___]  US Congressional Witness,

Date: 05/23/2020

### G. COUNSEL CERTIFICATION (If Applicable—See Instructions)

I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued identification (*e.g.*, driver's license, passport) and will retain an original, signed copy of this form, with Section F signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower's non-waiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the writing or document contains any false fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

Signature:

Date: