Thitar Mindin
22 Beverly Drive
Kingston 6
Jamaica
Phone : 876 421 7237
E mail – thitar.mindin@gmail.com

15th February 2021

Re : Applying for liquidated Claim against Digicel Group One Limited (Chapter 15 Proceeding)Case # 20-11207

To: The Honorable Judge Shelley C. Chapman

I have filed a creditor's objection to discharge of above case # 20-11207 electronically on Friday February 12 ,2021.Along with it I have submitted evidence of Bonds ownership and evidence of unsuccessful communication and negotiation with Digicel Attorney in Bermuda.

I have investment Bonds (Value USD 850000 ) with Digicel Group , some mature already and some will mature in 2022.
Digicel filed for bankruptcy in  15 May 2020 and stopped paying both interest and principal of 2020 bond and interest of 2022 bond from April 2020

This is very unfair , since it is just bonds and not stocks nor shares , repaying should not depend on if the company is doing well or not. More over the chairman is one of the richest in the world , trying to manipulate and use the system. Even if the company really doesn't do well ,it may be due to his mismanagement and he should be the person who get effected and not the little people who lend him the money.

I got to understand  the high interest is a problem.I would like to claim USD 614125 (six  hundred & fourteen thousand one hundred and twenty five  Dollars )
The figure comes from bond value $850000 minus  total interest received $235875

I strongly believe my claim is very reasonable and fair. And  hope I will be treated fairly as per chapter 15 Bankruptcy

Sincerely

*(signature)*

Thitar Mindin